UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALVEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>PG&E CORPORATION,<br><br>        Defendant. | Case No. 23-cv-05555-HSG<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 4 |

The Court is in receipt of the motion to dismiss filed by the Fire Victim Trustee in this case. *See* Dkt. No. 4. Pursuant to Civil L.R. 7-3(a), any opposition to the motion was due on January 23, 2024. *See id.* The Court DIRECTS Appellant Enrique Galvez to show cause why the motion to dismiss should not be granted on one or all of the grounds asserted in the motion in light of his failure to oppose it. Appellant is afforded two weeks, until February 26, 2024, to file an opposition to the motion or otherwise show cause why the motion should not be granted, or face dismissal of this case without further notice. The hearing set for February 22, 2024, on the motion to dismiss is VACATED, to be reset if the Court deems necessary.

**IT IS SO ORDERED.**

Dated: 2/12/2024

                                                 HAYWOOD S. GILLIAM, JR.
                                                 United States District Judge